IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No.: 2:22-cr-643 |
| | 18 U.S.C. § 7(1) |
| | 18 U.S.C. § 113(a)(1) |
| v. | 18 U.S.C. § 113(a)(3) |
| | 18 U.S.C. § 2290(a)(2) |
| | 18 U.S.C. § 2291(a)(6) |
| | 18 U.S.C. § 2291(a)(9) |
| | 18 U.S.C. § 3238 |
| **MATTHEW DONALD KELLY** | **INDICTMENT** |

## COUNT 1
**(Assault with Intent to Commit Murder)**

THE GRAND JURY CHARGES:

That on or about June 17, 2022, in the District of South Carolina, within the special maritime and territorial jurisdiction of the United States, namely, while on board the Grouper Snooper, a fishing vessel belonging to a citizen of the United States, the defendant, **MATTHEW DONALD KELLY**, did assault W. B., a person known to the grand jury, with intent to commit murder;

In violation of Title 18, United States Code, Sections 7(1) and 113(a)(1).

## COUNT 2
**(Assault with Intent to Commit Murder)**

THE GRAND JURY CHARGES:

That on or about June 17, 2022, in the District of South Carolina, within the special maritime and territorial jurisdiction of the United States, namely, while on board the Grouper Snooper, a fishing vessel belonging to a citizen of the United States, the defendant,

**MATTHEW DONALD KELLY**, did assault G.W., a person known to the grand jury, with intent to commit murder;

In violation of Title 18, United States Code, Sections 7(1) and 113(a)(1).

## COUNT 3
### (Assault with a Dangerous Weapon)

THE GRAND JURY CHARGES:

That on or about June 17, 2022, in the District of South Carolina, within the special maritime and territorial jurisdiction of the United States, namely, while on board the Grouper Snooper, a fishing vessel belonging to a citizen of the United States, the defendant, **MATTHEW DONALD KELLY**, did assault W.B., a person known to the grand jury, with a dangerous weapon, that is, a fishing gaff (a/k/a a kill stick, a/k/a a fish bat), with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 7(1) and 113(a)(3).

## COUNT 4
### (Assault with a Dangerous Weapon)

THE GRAND JURY CHARGES:

That on or about June 17, 2022, in the District of South Carolina, within the special maritime and territorial jurisdiction of the United States, namely, while on board the Grouper Snooper, a fishing vessel belonging to a citizen of the United States, the defendant, **MATTHEW DONALD KELLY**, did assault G.W., a person known to the grand jury, with a dangerous weapon, that is, a fishing gaff (a/k/a a kill stick, a/k/a a fish bat), with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 7(1) and 113(a)(3).

## COUNT 5
### (Act of Violence Against Persons on a Vessel)

THE GRAND JURY CHARGES:

That on or about June 17, 2022, in the District of South Carolina, and within waters subject to the jurisdiction of the United States, the defendant, **MATTHEW DONALD KELLY**, knowingly performed and attempted to perform an act of violence against G.W. and W.B., persons known to the grand jury, while on board a vessel of the United States, the Grouper Snooper, that act being likely to endanger the safety of the vessel and the persons on board the vessel;

In violation of Title 18, United States Code, Sections 2291(a)(6) and (9), 2290(a)(2), and 3238.

A \_\_\_TRUE\_\_\_ Bill

FOREPERSON

COREY F. ELLIS
UNITED STATES ATTORNEY

By: _____
Allessandra Stewart (#19262)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.: (843) 727-4381
Fax: (843) 727-4443
Email: Allessandra.Stewart@usdoj.gov